IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CARLOS CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| HIRERIGHT, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff, Carlos Castillo, brings this action under the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA"), to secure redress for unlawful consumer reporting practices and improper use of consumer reports.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. §1331 (general federal question), 1337 (interstate commerce) and 1367 (supplemental jurisdiction) and 1681p (FCRA).

3. Venue and personal jurisdiction are proper in this Court, in that plaintiff was injured in this District.

### PARTIES

4. Plaintiff Carlos Castillo is a resident of Chesterton, Indiana and a "consumer" as protected and governed by the FCRA.

5. Defendant HireRight, LLC is a limited liability company organized under the law of Delaware with its principal place of business located at 3349 Michelson Drive, Suite 150, Irvine, CA, 92612.

6. At all times relevant hereto HireRight, LLC was a "consumer reporting agency" governed by the FCRA.

1

7. At all times relevant hereto HireRight, LLC was regularly engaged in the business of assembling, evaluating and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681(d) to third parties.

8. Defendant HireRight, LLC provides consumer reports to third parties, including employers, pursuant to contract for monetary compensation.

## FACTS

9. Plaintiff was a resident of Indiana in 2006 and 2013.

10. Plaintiff was never in California in 2006 or 2013. There are no California addresses listed in plaintiff's credit reports.

11. Plaintiff does not have a criminal record.

12. Beginning December 7, 2016, plaintiff was employed by Venture Logistics, a trucking company.

13. Plaintiff had been a heavy truck driver since June 2015. For 16 years prior to that plaintiff was employed a route service driver in Indiana.

14. In December 2016 or January 2017, Venture Logistics ordered a background check report on plaintiff from defendant HireRight, LLC.

15. About January 27, 2017, Venture Logistics was furnished a consumer report on plaintiff by HireRight, LLC.

16. On January 27, 2017, plaintiff received a call from Kenny Luchetta of Venture Logistics stating that the background check report had arrived from HireRight, LLC, and that it showed that plaintiff was a convicted felon and that plaintiff was therefore fired.

17. The two purported convictions were from California, for assault with a weapon in San Bernardino County (Rancho) on August 25, 2006 and possession of drugs on August 13, 2013 in San Bernardino County (Victorville).

18. Plaintiff informed Kenny Luchetta that he was not the person convicted and was never in California during those two years, 2006 and 2013.

19. Plaintiff has resided in Indiana continuously since 1974, except for 4 years' military service.

20. Mr. Luchetta stated that he was not able to do anything.

21. Plaintiff then contacted the Safety Director of Venture Logistics, Jerry Nohren, and explained the situation. Mr. Nohren stated that the company would rehire plaintiff if he could show that the report was wrong. Mr. Nohren provided the information about the convictions set forth above.

22. Plaintiff then contacted HireRight and complained about the report. HireRight sent plaintiff a consumer disclosure which indicated, among other things, that it had provided various types of criminal background checks to other companies who had previously denied his employment applications.

23. Plaintiff also contacted the California courts in which the convictions had been rendered and learned that while his name matched, his Social Security number and driver's license information did not match.

24. Plaintiff has a very popular name. A search reveals over 500 individuals named Carlos Castillo in the United States (500 is the maximum number retrievable). A few, not including plaintiff, have criminal records.

25. HireRight, LLC should have known, based on common sense and the contents of the databases that it uses, that Carlos Castillo is a very popular name and that any background check had to be carefully refined to insure that only information pertaining to the correct Carlos Castillo was provided.

26. The searches conducted by HireRight, LLC were insufficient to prevent plaintiff from being confused with other persons with the same or similar names.

27. The information that defendant HireRight, LLC, Inc. provided to Venture Logistics and other potential employers contained inaccurate public record information, in that it reported convictions for serious criminal offenses pertaining to other persons with similar names

3

as if they pertained to plaintiff.

28.     Defendant HireRight, LLC, Inc. knew that the type of public record information that it was reporting (criminal convictions) was likely to have an adverse effect upon plaintiff's ability to obtain or maintain employment.

29.     HireRight had no reason to believe plaintiff ever lived in California when it included the California convictions on plaintiff's report, and a check of his credit reports would have revealed no California addresses for plaintiff.

30.     Defendant HireRight, LLC, Inc. intentionally or recklessly failed to ensure the maximum possible accuracy of its consumer file relating to plaintiff and intentionally or recklessly furnished inaccurate information regarding plaintiff to users of consumer reports.

31.     On or about February 3, 2017, Venture Logistics obtained a new background check report on plaintiff, which showed his record as clear.

32.     Plaintiff was damaged by the erroneous HireRight, LLC report, in that:

   a.   He lost a week's wages;
   b.   He was humiliated and embarrassed;
   c.   When he returned to driving, the route he had previously had been reassigned. Plaintiff received a different route which requires him to drive overnight, between 6 p.m. and 7 a.m.
   d.   On information and belief, other potential employers who received the same erroneous information from HireRight denied plaintiff's employment applications based on that information.

### COUNT I – FCRA

33.     Plaintiff incorporates paragraphs 1-32.

34.     Defendant HireRight, LLC failed to comply with its obligations under the FCRA, 15 U.S.C. §1681e(b), by failing to follow reasonable procedures to assure the maximum possible accuracy of the information in the file it maintains on and its reports regarding plaintiff and

others.

       35.    Section 1681e(b) provides:

> **(b) Accuracy of report. Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.**

       36.    In particular, defendant HireRight, LLC's procedures failed to obtain even minimally sufficient identifying information to enable it to match derogatory information with the intended subject of a consumer report.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant HireRight, LLC for:

    (1)    Appropriate actual, punitive and statutory damages;

    (2)    Attorney's fees, litigation expenses and costs of suit;

    (3)    Such other or further relief as the Court deems proper.

                                                               s/ Tara L. Goodwin
                                                               Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

T:\33715\Pleading\Complaint_Pleading.wpd

## JURY DEMAND

Plaintiff demands trial by jury.

                                                s/ Tara L. Goodwin  
                                                Tara L. Goodwin

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                                    s/ Tara L. Goodwin
                                                    Tara L. Goodwin